```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                            Case No. 16-03949-JJT
John Luzzi                                                        Chapter 7
Barbara Anne Luzzi
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: admin              Page 1 of 1       Date Rcvd: Jan 06, 2017
                              Form ID: 318             Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2017.
```
db/jdb        #+John Luzzi,   Barbara Anne Luzzi,   1515 Mohawk Drive,   Effort, PA 18330-9728
4836651        +Bank of America,   PO Box 31785,   Tampa, FL 33631-3785
4836654        +PNC Bank,   2730 Liberty Avenue,   M/S P5PWLC02,   Pittsburgh, PA 15222-4704
4836655         Pocono Medical Center,   PO Box 822009,   Philadelphia, PA 19182-2009
4836657        +Rodney M Dobrowski DMD PC,   828 3rd Street,   Whitehall, PA 18052-6647
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             EDI: RECOVERYCORP.COM Jan 06 2017 19:08:00     Recovery Management Systems Corporation,
                 25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
4836652        +EDI: CAPITALONE.COM Jan 06 2017 19:08:00     Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
4836653        +EDI: CHASE.COM Jan 06 2017 19:08:00     Chase,   PO Box 15298,   Wilmington, DE 19850-5298
4836656        +E-mail/Text: bankruptcyteam@quickenloans.com Jan 06 2017 19:06:55     QUICKEN LOANS,
                 1050 WOODWARD AVE,   Detroit, MI 48226-1906
4837036         EDI: RECOVERYCORP.COM Jan 06 2017 19:08:00     Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
4836658        +EDI: SEARS.COM Jan 06 2017 19:08:00     Sears/CBNA,   P.O.Box 6282,
                 Sioux Falls, SD 57117-6282
4836659         EDI: RMSC.COM Jan 06 2017 19:08:00     Synchrony Bank/JC Penneys,   P.O. Box 965007,
                 Orlando, FL 32896-5007
                                                                                              TOTAL: 7
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2017 at the address(es) listed below:
```
              James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com,    trusteemartin@martin-law.net
              Timothy B. Fisher, II    on behalf of Debtor John  Luzzi donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Joint Debtor Barbara Anne Luzzi donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

| | | |
|---|---|---|
| Debtor 1 | **John Luzzi** | Social Security number or ITIN xxx−xx−9774 |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 | **Barbara Anne Luzzi** | Social Security number or ITIN xxx−xx−6610 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **5:16−bk−03949−JJT**

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John Luzzi                                            Barbara Anne Luzzi

**By the court:**   *[signature]*

January 6, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**